THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PETER CERVONE, Appellant.

Argued January 3, 1950; decided January 12, 1950.

*Harold A. Gordon, Alexander Grasso* and *Charles J. Drago* for appellant.

*William M. Nicoll, District Attorney* (*D. Vincent Cerrito* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, DESMOND, DYE and FULD, JJ. CONWAY and FROESSEL, JJ., dissent and vote to reverse and order a new trial upon the ground that the admission in evidence, over defendant's objection, of the hedge clippers, as the alleged assault weapon, constituted error, which upon this record we cannot regard as immaterial.